

IN THE UNITED STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF OHIO
EASTERN DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO. 06-52443 |
| | ) | JUDGE SHEA-STONUM |
| SHAWN M. ZAVODNEY | ) | CHAPTER 7 |
| | ) | |
| | ) | |
| DEBTOR | ) | |

## TRANSMITTAL OF UNCLAIMED FUNDS

KATHRYN A. BELFANCE, Trustee of this estate, reports the following:

1. Sixty days have passed since the initial distribution in this case. The following checks have been returned undeliverable and/or stop payments have been issued on all outstanding checks. The names of the persons to whom such un-negotiated checks were issued, the amount of such checks and their last known addresses are:

SUMMIT COUNTY CSEA           $736.07
175 S. MAIN STREET
P.O. BOX 80598
AKRON, OH 44308-0598

2. Trustee's check for $736.07, payable to the Clerk of the United States Bankruptcy Court, is attached to this report and list.

3. Nothing further remains to be done in this case.

Date: December 14, 2009            /s/ KATHRYN A. BELFANCE
                                   KATHRYN A. BELFANCE
                                   TRUSTEE

ck # 103
receipt # 81131